IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK PEREZ SCOTT,            )
                                )
            Plaintiff,           )
                                )
    v.                           )       1:19-cv-1077
                                )
RESOLVE PARTNERS, LLC,          )
                                )
            Defendant.           )

## JUDGMENT

This action was tried by a jury with Judge William L. Osteen, Jr., presiding, and the jury has rendered a verdict.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff, **DERRICK PEREZ SCOTT**, recover from the defendant, **RESOLVE PARTNERS, LLC**, the amount of two-thousand five hundred dollars ($2,500.00), with post-judgment interest at the legal rate per annum along with costs.

This the 10th day of September, 2024.

_____
United States District Judge